# UNITED STATES DISTRICT COURT
### for the
### District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Jorge Fraijo Moore,<br>a.k.a.: Jorge Fraijo-Moore,<br>a.k.a.: Jorge Moore Fraijo,<br>(A088 669 766)<br>*Defendant* | ) ) ) ) ) ) ) Case No. 17-7483 MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of September 12, 2017, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Jorge Fraijo Moore, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about April 11, 2008, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated by Reference Herein**

*CEB*
REVIEWED BY: Charles E. Bailey, P.S. for AUSA Margaret Perlmeter

☒ Continued on the attached sheet.

_____
Complainant's signature

Richard G. Prunty,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: September 13, 2017            _____
                                          Judge's signature

                                          Bridget S. Bade,
City and state: Phoenix, Arizona          United States Magistrate Judge
                                          *Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Richard G. Prunty, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On September 12, 2017, while following a lead, the Phoenix ICE Mobile Criminal Alien Team (MCAT) arrested Jorge Fraijo Moore during a vehicle stop at or near 7127 West Sells Drive, in Phoenix, Arizona. At the scene, MCAT officers interviewed Fraijo Moore and determined him to be a citizen of Mexico, illegally present in the United States. On the same date, Fraijo Moore was transported to the Phoenix ICE office for further investigation and processing. Fraijo Moore was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Jorge Fraijo Moore to be a citizen of Mexico and a previously deported criminal alien. Fraijo Moore was removed from the United States to Mexico through Nogales, Arizona, on or about April 11, 2008, pursuant to an order of removal issued by an immigration official. There is no record of Fraijo

1

Moore in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Fraijo Moore's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Jorge Fraijo Moore was convicted of Aggravated Driving Under the Influence of Intoxicating Liquor or Drugs, a felony offense, on October 9, 2007, in the Superior Court of Arizona, Maricopa County. Fraijo Moore was sentenced to four (4) months' incarceration and thirty (30) months' probation. Fraijo Moore's criminal history was matched to him by electronic fingerprint comparison.

5. On September 12, 2017, Jorge Fraijo Moore was advised of his constitutional rights. Fraijo Moore freely and willingly acknowledged his rights and declined to make any further statements.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about September 12, 2017, Jorge Fraijo Moore, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about April 11, 2008, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply

for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

_____
Richard G. Prunty,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 13th day of September, 2017.

_____
Bridget S. Bade,
United States Magistrate Judge

3